DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEXTER B. LOGAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-363

[May 28, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk C. Volker, Judge; L.T. Case No. 50-2006-CF-008181-AXXX-MB.

Dexter B. Logan, Crawfordville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and KUNTZ, JJ, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***